In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-05-487 CV


____________________



IN RE PATRICK CHRISTOPHER ROLLE






Original Proceeding






 MEMORANDUM OPINION 


 Patrick Christopher Rolle seeks mandamus relief to compel Lolita Ramos, the
Jefferson County District Clerk, to transmit to this Court "a copy of an application for
judgment nunc pro tunc, any answers filed, and a certificate reciting the date upon which
the finding was made" in Cause No. 83465. We dismissed Rolle's appeal in Cause No.
83465 on August 10, 2005, and our mandate issued October 24, 2005. See Rolle v. State,
No. 09-05-487 CV (Tex. App-Beaumont Aug. 10, 2005, no pet.) (not designated for
publication). 

 The district clerk is not one of the persons against whom we may issue a writ of
mandamus other than to protect our jurisdiction, and the relator has not shown that the writ
is necessary to enforce our jurisdiction. See Tex. Gov't Code Ann. § 22.221 (Vernon
2004). Therefore, the relator has not shown that he is entitled to the relief sought. 

 The petition for writ of mandamus, filed November 4, 2005, is DENIED. 

 PER CURIAM

Opinion Delivered December 8, 2005 

Before Gaultney, Kreger and Horton, JJ.